## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO (DAYTON)

REMERKIA THOMAS,
        Plaintiff,

CASE NO. 3:19-cv-00286-WHR

JUDGE Walter H. Rice

vs.

EQUIFAX INFORMATION
SERVICES, LLC;
TRANS UNION, LLC;
and SAFCO, LLC;
        Defendants.

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

        Laura K. Rang, trial attorney for Defendant Trans Union, LLC, having moved this Court to grant leave for the admission and appearance in this case of co-counsel, Ronald C. Gilbert, III, Esq., *pro hac vice*, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

        IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by this Court that Ronald C. Gilbert, III, Esq. is admitted in this case *pro hac vice*.

Date: _12-2-19_

_____
JUDGE, United States District Court,
Southern District of Ohio (Dayton)

**DISTRIBUTION TO:**

| Richard P. Gabelman, Esq.<br>gabelmanrich@hotmail.com | David A. Wallace, Esq.<br>wallace@carpenterlipps.com |
|---|---|
| Tyler K. Ibom, Esq.<br>ibom@carpenterlipps.com | Boyd W. Gentry, Esq.<br>bgentry@boydgentrylaw.com |
| Zachary P. Elliott, Esq.<br>zelliott@boydgentrylaw.com | Laura K. Rang, Esq.<br>lrang@schuckitlaw.com |
| Ronald C. Gilbert, III, Esq.<br>rgilbert@schuckitlaw.com | |