IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

REMERKIA THOMAS,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,

    Defendants.

Case No. 3:19-cv-286

JUDGE WALTER H. RICE

---

DECISION AND ENTRY SUSTAINING SAFCO, LLC'S UNOPPOSED MOTION FOR EXTENSION OF SUMMARY JUDGMENT DEADLINE AND PRE-TRIAL AND TRIAL DATES (DOC. #32); OVERRULING AS MOOT DEFENDANT SAFCO, LLC'S MOTION TO COMPEL DISCOVERY (DOC. #29); EXTENDING DISPOSITIVE MOTION DEADLINE TO MARCH 1, 2021; VACATING MARCH 29, 2021, TRIAL DATE; CONFERENCE CALL SET FOR MARCH 15, 2021, TO SET NEW TRIAL DATE

---

On December 10, 2020, Defendant SAFCO, LLC, filed a Motion to Compel Discovery, Doc. #29. Thereafter, Plaintiff filed a Response to SAFCO's motion, Doc. #31. On February 19, 2021, SAFCO filed an Unopposed Motion for Extension of Summary Judgment Deadline and Pre-trial and Trial Dates, Doc. #32. Therein, counsel noted that the parties have resolved the discovery issues that were the subject of the previous motion. The Court therefore OVERRULES AS MOOT SAFCO's Motion to Compel Discovery, Doc. #29.

SAFCO also requests that the Court extend the deadline for filing dispositive motions until March 1, 2021. For good cause shown, the Court

SUSTAINS that unopposed motion, Doc. #32, and extends the summary judgment deadline to March 1, 2021. The Court VACATES the March 29, 2021, trial date. The Court will hold a conference call on March 15, 2021, at 4:00 p.m., to set a new trial date.

Date: February 26, 2021

                                           WALTER H. RICE
                                           UNITED STATES DISTRICT JUDGE